333 A.2d 871
COMMONWEALTH of Pennsylvania

v.

HAZLETON NATIONAL BANK OF HAZLETON,
Pennsylvania, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 11, 1974.

Decided March 18, 1975.

Alphonsus R. Romeika, Philadelphia, for appellant.

Israel Packel, Atty. Gen., Edward T. Baker, Deputy Atty. Gen., Eugene J. Anastasio, Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Order affirmed 10 Pa.Cmwlth. 366, 308 A.2d 195.